BEFORE THE SECOND DIVISION, JUNE 11, 1964

No. 68629.—Crown Curtis Co., Inc. *v.* United States, protests 63/7830, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of steel bandsaws similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (50 Cust. Ct. 41, C.D. 2386), the claim of the plaintiff was sustained.

No. 68630.—Close and Stewart *v.* United States, protest 63/4466 (Seattle).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the items, described on the invoice as one slice and four wafers of indium antimonide, are, in fact, metal articles suitable for producing, rectifying, modifying, controlling, or distributing electrical energy, the claim of the plaintiff was sustained.

No. 68631.—Brown Boveri Corp. and Rohner Gehrig & Co., Inc. *v.* United States, protest 61/10452 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the items marked "A." consist of foundation parts for a gas turbine, the claim at 11½ percent under the provision in paragraph 372 (19 U.S.C. § 1001, par. 372), as modified, *supra*, for metal parts of machines was sustained. The items marked "B," stipulated to consist of foundation parts for an electric generator, were held dutiable at 15 percent under the provision in paragraph 353 (19 U.S.C. § 1001, par. 353), as modified by the General Agreement on Tariffs and Trade (T.D. 51802), for metal parts of articles suitable for producing electrical energy, as claimed.